1

2

3

4

5

6

7

The Honourable Richard A. Jones
United States District Judge

8       IN THE  UNITED STATES  DISTRICT COURT

9     FOR  THE  WESTERN  DISTRICT  OF  WASHINGTON

10            SEATTLE   DIVISION

11  HEATHER BELINDA                ) CIVIL NO.: 2:11– cv –01247-RAJ
    SINGLETON, individually,       )
12                                 ) NOTICE OF VOLUNTARY DISMISSAL
                        Plaintiff, ) PURSUANT TO RULE 41(a) OF THE
13                                 ) FEDERAL RULES OF CIVIL
                                   ) PROCEDURE and CIVIL RULE
14          vs.                    ) 41 OF THE CIVIL RULES OF THE
                                   ) UNITED STATES  DISTRICT
15  BANK OF AMERICA, N.A., a       ) COURT  FOR  THE WESTERN
    North Carolina corporation; BAC) DISTRICT OF WASHINGTON
16  HOME LOANS SERVICING, LP, a    )
    California corporation; BANK  OF)
17  AMERICA HOME LOANS, a          )
    California corporation; BANK OF )
18  AMERICA CORPORATION, a         )
    North Carolina corporation;    )
19  MORTGAGE ELECTRONIC            )
    REGISTRATION SYSTEMS, INC.,    )
20  a Delaware corp.; QUALITY LOAN  )
    SERVICE OF WASHINGTON, a       )
21  Wash. corporation; WEST VALLEY )
    ENTERPRISES, INC., a           )
22  Washington corporation;        )
    NOVASTAR MORTGAGE, INC.,       )
23  a foreign corporation;  WEST   )_____
    VALLEY MORTGAGE, a             )
24  Washington corporation;        )
    WILSHIRE CREDIT                )
25  CORPORATION, an Oregon         )
    corporation; and, LA SALLE BANK, )
26  N.A., TRUSTEE, MERRILL LYNCH)
    MORTGAGE INVESTORS, INC.,      )
27  MLMI 2006-HE4 POOL 669, a      )
    business entity; La SALLE  BANK )
28  NATIONAL ASSOCIATION,          )

FRCP 41 NOTICE OF VOLUNTARY DISMISSAL

1  TRUSTEE FOR THE MERRILL        )
   LYNCH MORTGAGE INVESTORS       )
2  TRUST, SERIES 2006-HE4, a      )
   business entity; La SALLE  BANK )
3  NATIONAL ASSOCIATION,          )
   TRUSTEE MERRILL LYNCH          )
4  MORTGAGE INVESTORS TRUST,      )
   MORTGAGE LOAN ASSET-           )
5  BACKED CERTIFICATES, SERIES    )
   2006-HE4, a business entity; and, )
6  RECONTRUST COMPANY, N.A.,      )
   a California corporation,        )
7                                   )
                      Defendants. )
8  _____)

9

10  TO:   THE CLERK  OF  THE  COURT  OF  THE   UNITED  STATES  DISTRICT

11        COURT  FOR  THE  WESTERN  DISTRICT  OF  WASHINGTON

12        PLEASE  TAKE  NOTICE   that   plaintiff   Heather   Belinda  Singleton,

13  appearing  by and  through  Dean  Browning  Webb,  attorney  and  counselor at law,

14  hereby  hereby  file  with  this  Honourable  Court  plaintiffs' notice  of  voluntary

15  dismissal  of  the  entire  case,  with  prejudice,   against  each  and  every  one  of  the

16  defendants,  pursuant to both Rule 41  of  the Federal Rules of Civil Procedure, and

17  Civil Rule 41 of the Civil Rules of the United States District Court for the Western

18  District  of  Washington,   specifically  dismissing,  without  prejudice,  the  following

19  defendants from these proceedings

20        ♦    BAC Home Loans Servicing, LP, a California corporation

21        ♦    Bank of America Home Loans, a California corporation

22        ♦    Quality Loan Service of Washington, a Washington corporation

23        ♦    West Valley Enterprises, Inc., a Washington corporation

24        ♦    West Valley Mortgage, a Washington corporation

25        ♦    Wilshire Credit Corporation, an Oregon corporation

26        ♦    Novastar Mortgage, Inc., a foreign corporation

27  ///

28  ///

1    and   that   the   parties bear their respective costs, expenses, and attorneys' fees

2    incurred  herein.

3

4    Dated:   16 November  2011.

5                        DEAN  BROWNING  WEBB, ESQUIRE,
                               WASH SBN # 10735
6                        ATTORNEY AND COUNSELOR  AT LAW
                         THE  LAW  OFFICES  OF  DEAN  BROWNING  WEBB
7                        515 EAST 39^TH^ STREET
                         VANCOUVER, WASHINGTON ZIP CODE 98663
8                        TELEPHONE: [503] 629-2176
                         ELECTRONIC MESSAGING  ADDRESS: ricoman1968@aol
9                                                                          .com

10

11                       *DEAN  BROWNING  WEBB*
                         *ATTORNEY  AND  COUNSELOR  AT  LAW*

12               *By:  /s/ Dean Browning Webb*_____
                         DEAN BROWNING WEBB
13                       ATTORNEYS   AND   COUNSELORS   AT   LAW   FOR
                         PLAINTIFF:
14                       *HEATHER  BELINDA  SINGLETON*

15               *[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]*
                               * * *
16                             * * *
                               * * *
17                             * * *
                               * * *
18                             * * *
                               * * *
19                             * * *
                               * * *
20                             * * *
                               * * *
21                             * * *
                               * * *
22                             * * *
                               * * *
23                             * * *
                               * * *
24                             * * *
                               * * *
25                             * * *
                               * * *
26                             * * *
                               * * *
27                             * * *
                               * * *
28                             * * *

3      FRCP 41 NOTICE OF VOLUNTARY DISMISSAL